1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| TIGRAN TONOYAN,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN, Golden State Annex,<br><br>　　　　　　Respondent. | Case No.  1:25-cv-000815-SKO (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[Doc. 3] |

17　　　　Petitioner has requested the appointment of counsel.  There currently exists no absolute

18 right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d

19 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title

20 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

21 interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  At the

22 present time, the Court does not find that the interests of justice require the appointment of

23 counsel.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of

24 counsel is DENIED.

25
26 IT IS SO ORDERED.

27 Dated:  __**July 9, 2025**__　　　　　　　　　　_____/s/ *Sheila K. Oberto*_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28